IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **REID WILLIAM TAYLOR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 7:23-cv-00247 |
| | ) |
| **VIRGINIA WESTERN COMMUNITY COLLEGE,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Plaintiff Reid William Taylor's Notice of Voluntary Dismissal. Dkt. 3. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby **ORDERED** that the action against Defendant Virginia Western Community College is voluntarily dismissed with prejudice. The Clerk of Court is directed to send this Order to all counsel of record.

This matter is **STRICKEN** from the active docket of the Court.

It is so **ORDERED**.

Entered:  August 1, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge